OPINION — AG — (1) THE PROPER EMPLOYMENT OF "LSCA" FUNDS IN DEPENDENT UPON THE PROVISIONS OF THE STATE PLAN AS APPROVED BY THE U.S. COMMISSIONER OF EDUCATION AND WE FIND NO PROVISION IN THE OKLAHOMA STATE PLAN REQUIRING IDENTICAL USE EACH YEAR. (2) THE OKLAHOMA STATE LIBRARY BOARD MAY NOT RECALL THE FUNDS GRANTED TO A LOCAL LIBRARY PURSUANT TO THE "LIBRARY SERVICES ACT" WHEN FUNDS HAVE BEEN USED FOR THE PURPOSE FOR WHICH PAID. (DALE F. CROWDER)